UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CALDERON; ASUNCION HERNANDEZ; RAYMUNDO SERRANO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VISTA,<br><br>Defendant. | Civil No.: 06cv1443-L(LSP)<br><br>ORDER GRANTING JOINT MOTION AND STIPULATION TO MODIFY CASE MANAGEMENT ORDER, DROP PLAINTIFF VIRGINIA CALDERON, AND GRANT LEAVE TO FILE FIRST AMENDED COMPLAINT |

The Court finding good cause, pursuant to joint motion and stipulation of the parties,

**IT IS HEREBY ORDERED** that:

1. The case management order entered December 22, 2006 shall be modified for the purpose of permitting the filing of the proposed First Amended Complaint.

2. Plaintiff Virginia Calderon shall be dropped from this action, pursuant to Fed. R. Civ. P. 21, on the ground that after this action was filed, she relocated her residence and no longer resides in the City of Vista, and is at present not likely to be subject to Ordinance No. 2006-9, Chapter 5.90 of the Vista Municipal Code, and therefore this action is presently moot as to Ms. Calderon.

3. Plaintiffs Asuncion Hernandez and Raymundo Serrano shall be granted leave to file the First Amended Complaint attached as Exhibit A to the Joint Motion and Stipulation to Modify Case Management Order, Drop Plaintiff Virginia Calderon, and Grant Leave to File First Amended Complaint.

4. No costs or fees shall be assessed against any counsel or party as a result of the joint motion and stipulation or this order.

5. This order is without prejudice to Defendant's right to answer, defend, or otherwise respond to the First Amended Complaint

**IT IS SO ORDERED**.

Dated: May 9, 2007

_____
HON. M. JAMES LOREZ
UNITED STATES DISTRICT JUDGE

Submitted by:

ATTORNEYS FOR PLAINTIFFS:                ATTORNEYS FOR DEFENDANT:

**/s David Blair-Loy**                   **/s Randal Morrison**
David Blair-Loy                          Randal Morrison


**/s Dorothy Johnson**                   **/s Darold Pieper**
Dorothy Johnson                          Darold Pieper, City Attorney


**/s J. Daniel Holsenback**
J. Daniel Holsenback