MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HERNANDEZ                          v. CITY OF VISTA                          No. 06-1443-L(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ            Rptr.
                                     Attorneys
         Plaintiffs                                                Defendants

Joint Motion And Stipulation To Modify Case Management Order To Extend Time For Disclosure of Expert Reports (31-1) is GRANTED.

The Case Management Conference Order dated December 22, 2006 is hereby amended as follows:

Each expert witness designated by a party shall prepare a written report to be provided to all other parties **no later than** June 15, 2007, containing the information required by Fed. R. Civ. P. 26(a)(2)(A) and (B).
**Except as provided in paragraph 4, below, any party that fails to make these disclosures shall** not**, absent substantial justification, be permitted to use evidence or testimony not disclosed at any hearing or at the time of trial. In addition, the Court may impose sanctions as permitted by Fed. R. Civ. P. 37(c).**

DATED: June 11, 2007

                                              Hon. Leo S. Papas
                                              U.S. Magistrate Judge