UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASUNCION HERNANDEZ; RAYMUNDO SERRANO,<br><br>        Plaintiffs,<br><br>     vs.<br><br>CITY OF VISTA,<br><br>        Defendant. | Civil No.: 06cv1443-L(LSP)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CASE AND RESERVE JURISDICTION OVER IMPLEMENTATION OF SETTLEMENT |
|---|---|

The Court finding good cause, pursuant to joint motion and stipulation of the parties,

**IT IS HEREBY ORDERED** that:

1. The above-captioned case shall be **DISMISSED WITH PREJUDICE**, pursuant to the Settlement Agreement entered into by the parties and counsel, without costs or fees to any party.

2. The Court shall reserve jurisdiction to interpret, implement, and/or enforce the Settlement Agreement, as provided in the Consent to Exercise of Settlement Jurisdiction by a United States Magistrate Judge and Order of Reference accepted by the parties and counsel and approved by the Court.

1

2      **IT IS SO ORDERED**.

3

4   Dated: August 29, 2007                    _____
                                              M. JAMES LORENZ
5                                             UNITED STATES DISTRICT JUDGE

6   Submitted by:

7      ATTORNEYS FOR PLAINTIFFS:              ATTORNEYS FOR DEFENDANT:

8

9   **/s David Blair-Loy**                    **/s Randal Morrison**
    David Blair-Loy                           Randal Morrison

10

11  **/s Dorothy Johnson**                    **/s Darold Pieper**
    Dorothy Johnson                           Darold Pieper, City Attorney

12

13  **/s J. Daniel Holsenback**
    J. Daniel Holsenback

14

15

16

17

18

19

20

21

22

23

24

25